SEPO

**FILED**
CLERK, U.S. DISTRICT COURT

JUL 27 1999

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANGA INTERNATIONAL, INC., <br><br> PLAINTIFF(S), <br><br> v. <br><br> SHANE MAINE, et al., <br><br> DEFENDANT(S). | **CASE NUMBER** <br><br> CV- 99-6907-RJK(MANx) <br><br> **ORDER RETURNING CASE FOR REASSIGNMENT** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order No. 224.

DATED: JULY 23, 1999

_____
United States District Judge

---

**NOTICE TO COUNSEL FROM CLERK:**

This case has been reassigned to Judge __Ronald S.W. Lew__ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials __RSWL__ after the case number in place of the initials of the prior judge so that the case number will read __CV 99-6907 RSWL(MANx)__.

This is very important because documents are routed to the assigned judge by means of the initials.

4

ENTERED ON ICMS 7/27/99

CV-89 (02/98)   ORDER RETURNING CASE FOR REASSIGNMENT