1  Emanuel Barling, Jr. (SBN 059114)
   Law Offices of
2  **EMANUEL BARLING, JR.**
   233 Wilshire Blvd., Suite 960
3  Santa Monica, CA  90401
   Telephone : (310) 828-1879
4  Telecopier : (310) 829-4709

5  Robert C. Leventhal
   **FOLEY & LARDNER**
6  2029 Century Park East, 35TH Floor
   Los Angeles, CA 90069-3000
7  Telephone : (310) 277-2223
   Telecopier : (310) 557-8475
8
   Attorneys for Plaintiff,
9  SANGA INTERNATIONAL, INC.

10

11                        UNITED STATES DISTRICT COURT

12                       CENTRAL DISTRICT OF CALIFORNIA

13  SANGA INTERNATIONAL, INC., a Barbados )  Case No. CV 99-06907 RJK (MANx)
    Corporation,                          )
14                                        )  **PLAINTIFF'S REQUEST FOR PARTIAL**
                  Plaintiff,              )  **DISMISSAL OF COMPLAINT.** ¶ Order
15                                        )
    vs.                                   )
16                                        )
    SHAINE MAINE, an individual; VENTURES )
17  NORTH INTERNATIONAL, INC. a Corporation; )
    582976BC, Ltd., a Corporation; E-AUCTION )
18  GLOBAL TRADING, INC., a Barbados Corporation; )
    QFG HOLDINGS LIMITED, INC., a Corporation; )
19  KAZARI INTERNATIONAL, INC., a Corporation; )
    E-NET GLOBAL FINANCIAL SERVICES, INC., a )
20  Corporation,                          )
                                          )
21  _____Defendants._____)

22         **NOTICE IS HEREBY GIVEN** that the Plaintiff dismisses the Complaint in the above

23  captioned matter as to the following Defendants **only**:

24         SHANE MAINE, an individual; VENTURES NORTH INTERNATIONAL, INC., a

25  corporation; E-AUCTION GLOBAL TRADING, INC., a Nevada corporation; E-AUCTION

26  GLOBAL TRADING, INC., a Barbados corporation; QFG HOLDINGS LIMITED, INC., a

27  corporation; KAZARI INTERNATIONAL, INC., a corporation; E-NET GLOBAL

28  FINANCIAL SERVICES, INC., a corporation.

AUG 12 1999

Defendant 582976BC, Ltd., a Corporation, is **not dismissed** and is still held to responsively plead in this matter.

Dated: August 5, 1999

Law Offices of
EMANUEL BARLING, JR.

*/s/ Emanuel Barling*

**Emanuel Barling, Jr.**
Attorney for Plaintiff

TO THE CLERK: Please dismiss the Complaint against the above Defendants only.

Dismissal entered as requested on _____.

Date: _____         Clerk: _____, Deputy

IT IS SO ORDERED.

DATED _____

_____
RONALD S W LEW
UNITED STATES DISTRICT JUDGE

2

( PROOF OF SERVICE BY MAIL )

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 233 Wilshire Blvd., Suite 960, Santa Monica, CA 90401.

On August 5, 1999, I served the foregoing:

    REQUEST FOR PARTIAL DISMISSAL

on all interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid addressed as follows:

William H. Kiekhofer, III
KELLEY DRYE & WARREN LLP
777 South Figueroa Street
Suite 2700
Los Angeles, CA 90017

Robert Leventhal
Said Kashani
FOLEY & LARDNER
2029 Century Park East, 35TH Floor
Los Angeles, CA 90069-3000

I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice, the mail is deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Santa Monica, California in the ordinary course of business. I am aware that service is presumed invalid if the postal validation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

I certify and declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Dated: August 5, 1999

                                               *Ashley F. Brooks*
                                               Ashley F. Brooks