___X___ Send
_____ Clsd
_____ Enter
_____ JS-5/JS-6
_____ JS-2/JS-3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

CASE NO. CV 99-6907-RSWL                    DATED: 4/20/01

TITLE: Sanga International -v- 582976BC, Ltd.

---

PRESENT:        HONORABLE RONALD S.W. LEW, JUDGE

       Helena G. Fagan                   Not Present
       Deputy Clerk                      Court Reporter

ATTORNEYS FOR PLAINTIFFS:           ATTORNEYS FOR DEFENDANTS:

       Not Present                          Not Present

---

PROCEEDINGS: NOTICE TO COUNSEL (IN CHAMBERS)

Counsel are order to file a joint report re status of bankruptcy proceedings not later than 5/4/01, and every 60 days thereafter until approval to proceed has been obtained from the Bankruptcy Court.

cc: Counsel of Record



MINUTES FORM 11                              INITIALS OF DEPUTY CLERK hgf
CIV-GEN