LODGED

FILED
CLERK, U.S. DISTRICT COURT

2001 JUL -6 PM 3:04

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

JUL 9 2001
9-06
DISTRICT OF CALIFORNIA
DEPUTY

1  WILLIAM H. KIEKHOFER, III (Bar No. 94022)
   STEVEN E. RICH (Bar No. 198412)
2  KELLEY DRYE & WARREN LLP
   777 South Figueroa Street, Suite 2700
3  Los Angeles, California 90017
   Telephone: (213) 689-1300
4  Facsimile: (213) 688-8150

5  Attorneys for Defendant and Counterclaimant
   582976 BC, LTD.

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANGA INTERNATIONAL, INC., a Barbados corporation,<br><br>Plaintiff,<br><br>v.<br><br>582976BC, LTD., a corporation,<br><br>Defendant. | Case No. CV 99-6907-RSWL (Manx)<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>[Rule 41(a)] |
| 582976BC, LTD., a Canada corporation,<br><br>Counterclaimant,<br><br>v.<br><br>SANGA INTERNATIONAL, INC., a Barbados corporation,<br><br>Counterdefendant. | ENTERED<br>CLERK, U.S. DISTRICT COURT<br><br>JUL 1 0 2001<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY ____ DEPUTY<br><br>✓ Docketed<br>✓ Copies / NTC Sent<br>✓ JS - 5 / JS - 6<br>___ JS - 2 / JS - 3<br>___ CLSD<br><br>(22) |

Plaintiff/Counterdefendant Sanga International, Inc. and Defendant/Counterclaimant 582976BC, LTD. hereby stipulate as follows:

1. The above-captioned action is dismissed in its entirety, with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and the "Stipulation Re Allowance of Proof of Claim of 582976BC, LTD.," which was approved on February 14, 2001

KELLEY DRYE &
WARREN LLP
777 South Figueroa Street
Suite 2700
Los Angeles, CA 90017-5825

LA01/RICHS/195773.2                -1-

1  by the bankruptcy court in the jointly administered bankruptcy proceeding entitled <u>In re Sanga</u>
2  <u>International, Inc.; Sanga USA, Inc.</u>, Case No. SV 99-23671 AG; Case No. SV 99-24932 AG.

3      2.      Each party shall bear its own attorney's fees and costs.

4      3.      Each party hereto waives any right to seek fees, costs, or other damages
5  arising from this action or its institution and maintenance, from any opposing party hereto or its
6  directors, officers, agents or representatives.

8  DATED: July 5, 2001             WILLIAM H. KIEKHOFER, III
                                                               STEVEN E. RICH
                                                               KELLEY DRYE & WARREN LLP

                                                               By: _____
                                                                    STEVEN E. RICH
                                                              Attorneys for Defendant and Counterclaimant
                                                              582976 BC Ltd.

13 DATED: July 6, 2001             ROBERT C. LEVENTHAL
                                                               SAIED KASHANI
                                                              FOLEY & LARDNER

                                                              By: _____
                                                                   SAIED KASHANI
                                                              Attorneys for Plaintiff and Counterdefendant
                                                              Sanga International, Inc.

19          IT IS SO ORDERED.

21 DATED:   JUL - 9 2001             _RONALD S. W. LEW_
                                                              RONALD S.W. LEW
                                                              UNITED STATES DISTRICT JUDGE

KELLEY DRYE &
WARREN LLP
777 South Figueroa Street
Suite 2700
Los Angeles, CA 90017-5825

LA01/RICHS/195773.2                 -2-

** TOTAL PAGE.03 **